IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:09-CR-60-1 |
| vs. | ) | (Financial Litigation Unit) |
| | ) | |
| | ) | |
| RICARDO JAVIER ARELLANO | ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and WACHOVIA BANK, NA:

A judgment was entered on April 28, 2010, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Ricardo Javier Arellano, whose last known address is Bennettsville, South Carolina, 29512, in the sum of $49,467.59. The balance on the account as of September 1, 2010 is $49,467.59.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Wachovia Bank, NA is commanded to **turn over property** in which the defendant, Ricardo Javier Arellano, Social Security Number XXX-XX-4576, reference number 14905746, has a substantial nonexempt interest, the said property being any and all funds located in Wachovia Bank, NA accounts in the name of Ricardo Javier Arellano, at the following address: Wachovia Bank, NA, Legal Processing Team, P.O. Box 8667, Philadelphia, PA 19101.

_____
Frank G. Johns
Clerk of United States District Court